JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POWELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WEST COAST CUISINE, INC. d/b/a TILLY'S TACOS; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. **2:18-cv-3437 RGK (PLAx)**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed:　April 24, 2018<br>Trial Date:　　　　July 9, 2019 |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: April 03, 2019

_____
United States District Court Judge